# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 19, 2021

Bridget M. McCormack,
Chief Justice

162961(45)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

MACK C. STIRLING,
        Petitioner-Appellant,

v

COUNTY OF LEELANAU,
        Respondent-Appellee.

SC: 162961
COA: 353117
MTT: 19-003870-TT

_____/

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorney Karla Stirling to appear and practice in this case under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2021



Clerk